# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| HORACE COOK, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:19-cv-35 |
| | * | |
| v. | * | |
| | * | |
| LINDA GETER, | * | |
| | * | |
| Respondent. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Petitioner Horace Cook ("Cook") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned to the Court with the notation: "Return to Sender, Refused, Unable to Forward." Dkt. No. 11, p. 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DENIES** Cook's 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES**

AO 72A
(Rev. 8/82)

Cook *in forma pauperis* status on appeal.

    **SO ORDERED**, this \_\_\_6\_\_ day of \_\_\_April\_\_\_, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA